# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | | |
|---|---|---|---|
| OFFICE FURNITURE RENTAL ALLIANCE, LLC | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 3:11-CV-01889-JBA |
| LIBERTY MUTUAL FIRE INSURANCE CO., | ) | | |
| *Defendant* | ) | | |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Plaintiff**

Date:

s/ Amanda Winalski
*Attorney's signature*

Amanda Winalski  CT27727
*Printed name and bar number*

Anderson Kill & Olick, P.C.
1055 Washington Boulevard, Suite 510
Stamford, CT  06901
*Address*

awinalski@andersonkill.com
*E-mail address*

203-388-7950
*Telephone number*

203-388-0750
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on Dec 07, 2011, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

s/ Amanda Winalski
*Attorney's signature*

Liberty Mutual Fire Insurance Company
175 Berkeley St.
Boston, MA  02116