UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OFFICE FURNITURE RENTAL ALLIANCE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 3:11-cv-01889-JBA |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Office Furniture Rental Alliance, LLC is a majority-owned subsidiary of DGPM Investments Inc., which is a private company and not publicly traded.

Dated: December 7, 2011

By:     /S/ Finley T. Harckham
Finley T. Harckham (CT 26403)
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY  10020
Telephone: 212-278-1000
Facsimile: 212-278-1733
    -and-
Amanda Winalski (CT 27727)
ANDERSON KILL & OLICK, P.C.
1055 Washington Boulevard, Suite 510
Stamford, CT  06901
Telephone:  203-388-7950
Facsimile:  203-388-0750

*Attorneys for: Plaintiff*
Office Furniture Rental Alliance, LLC

979699.1

## CERTIFICATE OF SERVICE

I, Finley T. Harckham, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 7, 2011.

/s/ Finley T. Harckham
Finley T. Harckahm