UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OFFICE FURNITURE RENTAL ALLIANCE, LLC | : : : | NO.: 3:11-CV-01889 (JBA) |
| v. | : : : | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | : : | DECEMBER 21, 2011 |

### NOTICE OF APPEARANCE

Please enter the appearance of **Jeffrey E. Potter**, as attorney for the defendant, **Liberty Mutual Fire Insurance Company**, in the above-entitled action.

        DEFENDANT,
        LIBERTY MUTUAL FIRE INSURANCE
        COMPANY


        By____/s/ Jeffrey E. Potter_____
        Jeffrey E. Potter
        Ct26356
        Howd & Ludorf, LLC
        65 Wethersfield Avenue
        Hartford, CT  06114
        (860) 249-1361
        (860) 249-7665 (Fax)
        E-Mail: jpotter@hl-law.com

## **CERTIFICATION**

This is to certify that on **December 21, 2011**, a copy of the foregoing **Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Amanda Winalski, Esq.
Anderson, Kill & Olick, P.C.
1055 Washington Blvd., Suite 510
Stamford, CT  06901

Finley T. Harckham, Esq.
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10022

                                        ___/s/ Jeffrey E. Potter _____
                                        Jeffrey E. Potter