UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OFFICE FURNITURE RENTAL ALLIANCE, LLC | : | NO.: 3:11-CV-01889 (JBA) |
| | : | |
| v. | : | |
| | : | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | : | DECEMBER 21, 2011 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6 of the F.R.C.P. and Local Rule 7(b)1(a), the defendant, Liberty Mutual Fire Insurance Company, hereby moves the Court for an enlargement of time up to and including **February 3, 2012**, within which to file a response to the plaintiff's complaint dated December 5, 2011.

This is the first motion for enlargement of time by this defendant.

The undersigned counsel has contacted counsel for the plaintiff, Finley T. Harckham, and Attorney Harckham has no objection to the granting of this motion.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, the undersigned defendant, hereby requests that its Motion for Enlargement of Time, up to and including February 3, 2012, be granted.

DEFENDANT,
LIBERTY MUTUAL FIRE INSURANCE COMPANY

By\_\_\_\_/s/ Philip T. Newbury, Jr._____
   Philip T. Newbury, Jr.
   Ct05283
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail:  pnewbury@hl-law.com

**CERTIFICATION**

      This is to certify that on **December 21, 2011**, a copy of the foregoing **Motion for Enlargement of Time** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Amanda Winalski, Esq.
Anderson, Kill & Olick, P.C.
1055 Washington Blvd., Suite 510
Stamford, CT  06901
awinalski@andersonkill.com

Finley T. Harckham, Esq.
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10022
fharckham@andersonkill.com

                                                        /s/ Philip T. Newbury, Jr.
                                                  Philip T. Newbury, Jr.