UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OFFICE FURNITURE RENTAL ALLIANCE, LLC | : : : | NO.: 3:11-CV-01889 (JBA) |
| v. | : : | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | : : | JANUARY 12, 2012 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant, Liberty Mutual Fire Insurance Company, hereby states that it is a wholly-owned subsidiary of Liberty Mutual Group, Inc., which is a wholly owned subsidiary of LMHC Massachusetts Holdings Inc., which is a wholly owned subsidiary of Liberty Mutual Holding Company Inc.  These entities are not publically traded.

```
                              DEFENDANT,
                              LIBERTY MUTUAL FIRE INSURANCE
                              COMPANY



                              By  /s/ Jeffrey E. Potter_____
                                  Jeffrey E. Potter
                                  Ct26356
                                  Howd & Ludorf, LLC
                                  65 Wethersfield Avenue
                                  Hartford, CT  06114
                                  (860) 249-1361
                                  (860) 249-7665 (Fax)
                                  E-Mail:  jpotter@hl-law.com
```

## **CERTIFICATION**

       This is to certify that on **January 12, 2012**, a copy of the foregoing **Corporate Disclosure Statement** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Amanda Winalski, Esq.
Anderson, Kill & Olick, P.C.
1055 Washington Blvd., Suite 510
Stamford, CT  06901

Finley T. Harckham, Esq.
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10022

                                            ___/s/ Jeffrey E. Potter_____
                                            Jeffrey E. Potter