UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OFFICE FURNITURE RENTAL ALLIANCE, LLC | : : : | NO.:  3:11-CV-01889 (JBA) |
| v. | : : | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | : : | FEBRUARY 3, 2012 |

## MOTION FOR MORE DEFINITE STATEMENT

Pursuant to Federal Rules of Civil Procedure 12(e), the Defendant moves for a more definite statement in order to clarify and/or amplify the slang phrase "in-house insurance agent" in paragraph 10 of the plaintiff's complaint.  The Defendant requests the plaintiff to state or clarify the legal relationship alleged to exist between the Defendant and LaVangie and a general statement of facts of contentions upon which said relationship is alleged to exist.

Wherefore, the defendant respectfully requests its motion be granted.

DEFENDANT,
LIBERTY MUTUAL FIRE INSURANCE COMPANY


By   /s/ Jeffrey E. Potter_____
   Jeffrey E. Potter
   Ct26356
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail:  jpotter@hl-law.com

ORAL ARGUMENT IS NOT REQUESTED

## **CERTIFICATION**

      This is to certify that on **February 3, 2012**, a copy of the foregoing **Motion for More Definite Statement** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Amanda Winalski, Esq.
Anderson, Kill & Olick, P.C.
1055 Washington Blvd., Suite 510
Stamford, CT  06901

Finley T. Harckham, Esq.
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10022

                                                    ___/s/ Jeffrey E. Potter_____
                                                  Jeffrey E. Potter