UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OFFICE FURNITURE RENTAL ALLIANCE, LLC | : | NO.: 3:11-CV-01889 (JBA) |
| | : | |
| v. | : | |
| | : | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | : | APRIL 25, 2012 |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7, the defendant, Liberty Mutual Fire Insurance Company, hereby moves the Court for an extension of time of Thirty (30) days up to and including **June 16, 2012** in which to answer, object or otherwise respond to plaintiffs First Request for Production of documents dated April 17, 2012.  The requested additional time will be necessary to coordinate the information required to prepare an appropriate response.

Plaintiff's counsel's position on this motion could not be ascertained prior to filing. The defendant has not sought any prior extensions of time to respond to this discovery request.

WHEREFORE, the defendant requests that its Motion for Extension of Time up to and including **June 16, 2012**, be granted.

ORAL ARGUMENT IS NOT REQUESTED

DEFENDANT,
LIBERTY MUTUAL FIRE INSURANCE
COMPANY

By /s/ Jeffrey E. Potter_____
    Jeffrey E. Potter
    ct26356
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114-1121
    Ph:  (860) 249-1361
    Fax: (860) 249-7665
    E-mail: jpotter@hl-law.com

## **CERTIFICATION**

      This is to certify that on **April 25, 2012**, a copy of the foregoing **Motion for Extension of Time** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Amanda Winalski, Esq.
Anderson, Kill & Olick, P.C.
1055 Washington Blvd., Suite 510
Stamford, CT  06901
awinalski@andersonkill.com

Finley T. Harckham, Esq.
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10022
fharckham@andersonkill.com

                                                                        /s/ Jeffrey E. Potter_____
                                                                         Jeffrey E. Potter