UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Office Furniture,
    *Plaintiff*,

v.

Liberty Mut Life Ins.,
    *Defendant*.

Civil No. 3:11cv1889 (JBA)

ENDORSEMENT ORDER

Motion for More Definite Statement [Doc. # 15] is DENIED. Plaintiff's Complaint complies with the requirements of Rule 8. The insurance agent at Liberty Mutual Fire Insurance Company and his actions or inactions which are alleged to give rise to plaintiff's claims against defendant, is identified by name and relevant years of sales. The basis for the adjective "in-house" can be explored in discovery and is not necessary for defendant to frame a responsive pleading which shall be filed by June 4, 2012.

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: May 22, 2012