UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OFFICE FURNITURE RENTAL ALLIANCE, LLC | : : : | NO.:  3:11-CV-01889 (JBA) |
| v. | : : | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | : : | JUNE 15, 2012 |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7, the defendant, Liberty Mutual Fire Insurance Company, hereby moves the Court for an extension of time of Thirty (30) days up to and including **July 16, 2012** in which to answer, object or otherwise respond to plaintiffs First Request for Production of documents dated April 17, 2012.

The undersigned has been addressing an unresolved medical issue for several months and is making preparations for a possible leave of absence.  Other counsel at Howd & Ludorf, LLC will take over responsibility for this matter if this leave is necessary.  Additional time is needed to resolve the medical issue or transition handling of this matter to other counsel.

Plaintiff's counsel's position on this motion could not be ascertained prior to filing. The defendant has sought one prior extension of time to respond to this discovery request.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, the defendant requests that its Motion for Extension of Time up to and including **July 16, 2012**, be granted.

                                      DEFENDANT,
                                      LIBERTY MUTUAL FIRE INSURANCE COMPANY

                                      By /s/ Jeffrey E. Potter_____
                                             Jeffrey E. Potter
                                             ct26356
                                             Howd & Ludorf, LLC
                                             65 Wethersfield Avenue
                                             Hartford, CT  06114-1121
                                             Ph:  (860) 249-1361
                                             Fax: (860) 249-7665
                                             E-mail:  jpotter@hl-law.com

**CERTIFICATION**

This is to certify that on **June 15, 2012**, a copy of the foregoing **Motion for Extension of Time** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Amanda Winalski, Esq.
Anderson, Kill & Olick, P.C.
1055 Washington Blvd., Suite 510
Stamford, CT  06901
awinalski@andersonkill.com

Finley T. Harckham, Esq.
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10022
fharckham@andersonkill.com

            _____/s/ Jeffrey E. Potter_____
            Jeffrey E. Potter

.