# UNITED STATES DISTRICT COURT
for the
District of Connecticut

OFFICE FURNITURE RENTAL ALLIANCE, LLC,

*Plaintiff*                                    )
                                               )
v.                                             )   Case No.   3:11-CV-01889-JBA
                                               )
LIBERTY MUTUAL FIRE INSURANCE COMPANY,         )
                                               )
*Defendant*

**NOTICE OF APPEARANCE**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Office Furniture Rental Alliance, LLC

Date: August 30, 2012

/s/
*Attorney's signature*

Dennis J. Artese, ct28071
*Printed name and bar number*

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas, New York, NY  10020-1182
*Address*

dartese@andersonkill.com
*E-mail address*

(212) 278-1246
*Telephone number*

(212) 278-1733
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on     August 30, 2012         , a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/S/
_____
*Attorney's signature*