UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OFFICE FURNITURE RENTAL ALLIANCE, LLC | : : : | NO.: 3:11-CV-01889 (JBA) |
| v. | : : | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | : : | SEPTEMBER 14, 2012 |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to D. Conn. L. Civ. R. 7, the defendant, Liberty Mutual Fire Insurance Company, hereby requests that the case management deadlines set forth in the March 9, 2012 Scheduling Order as follows: (1) a forty-five (45) day extension of time, up to and including January 15, 2013, to complete discovery; (2) a commensurate time for the disclosure and depositions of experts, and (3) a commensurate time for the filing of dispositive motions. This is the first request for an extension of time of these deadlines.

In support of this motion, the undersigned submits that the lead attorney, Jeffrey Potter, has recently taken a medical leave of absence, and the matter has only recently been transferred to the undersigned for handling. As a result, the requested additional time is needed for the undersigned to properly review the file. Additionally, Attorney Shaw will be on a pre-planned, prepaid vacation September 15, 2012 through September 23, 2012. Further, the defendant's expert is out of the country and will be unable to complete his report by the current September 30, 2012 deadline.

For the above reasons, the defendant respectfully requests a forty five (45) day extension of time, up to and including January 15, 2013, to complete discovery; (2) a commensurate time for the disclosure and depositions of experts, and (3) a commensurate time for the filing of dispositive motions.

As officers of the Court, the undersigned counsel agrees to cooperate and to promote the just, speedy and inexpensive determination of the action.

The undersigned has contacted Dennis J. Artese, counsel for plaintiff, and has been advised that Plaintiff consents to this granting of this motion.

WHEREFORE, the defendant requests that its Motion for Extension of Time to allow an extension up to and including January 15, 2013 for the completion of discovery and up to and including February 15, 2013 for the filing of dispositive motions be granted.

DEFENDANT,
LIBERTY MUTUAL FIRE INSURANCE COMPANY

By /s/ Martha A. Shaw
    Martha A. Shaw
    ct12855
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114-11921
    Ph:  (860) 249-1361
    Fax:  (860) 249-7665
    E-mail: mshaw@hl-law.com

## CERTIFICATION

This is to certify that on **September 14, 2012**, a copy of the foregoing **Motion for Extension of Time** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Amanda Winalski, Esq.
Anderson, Kill & Olick, P.C.
1055 Washington Blvd., Suite 510
Stamford, CT  06901
awinalski@andersonkill.com

Dennis Artese, Esq.
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10022
dartese@andersonkill.com

By /s/ Martha A. Shaw
    Martha A. Shaw

.