UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OFFICE FURNITURE RENTAL ALLIANCE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Defendant. | 3:11-cv-01889-JBA |

### MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves the Court for permission to withdraw the appearance of Amanda Winalski as counsel for plaintiff Office Furniture Rental Alliance, LLC ("OFRA") in the above-captioned matter. Ms. Winalski is no longer employed by Anderson Kill & Olick, P.C.

Dated: September 19, 2012

                                              */s/ Dennis J. Artese*
                                              Finley T. Harckham (CT 26403)
                                              Dennis J. Artese
                                              ANDERSON KILL & OLICK, P.C.
                                              1251 Avenue of the Americas
                                              New York, NY   10020
                                              Telephone: (212) 278-1000
                                              Facsimile: (212) 278-1733

                                              Counsel for Plaintiff
                                              Office Furniture Rental Alliance, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2012, a copy of the above Motion for Permission to Withdraw Appearance was filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to counsel of record for Defendant.

/s/ Dennis J. Artese
Dennis J. Artese

nydocs1-995581.1