UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OFFICE FURNITURE RENTAL ALLIANCE, LLC | : | NO.: 3:11-CV-01889 (JBA) |
| | : | |
| v. | : | |
| | : | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | : | OCTOBER 12, 2012 |

## **APPEARANCE**

    Please enter the appearance of Bonita C. Yarboro, as attorney for the defendant, **Liberty Mutual Fire Insurance Company**, in the above-entitled action.

          DEFENDANT,
          LIBERTY MUTUAL FIRE INSURANCE
          COMPANY


          By__/s/Bonita C. Yarboro_____
            Bonita C. Yarboro
            ct29056
            Howd & Ludorf, LLC
            65 Wethersfield Avenue
            Hartford, CT  06114-11921
            Ph:  (860) 249-1361
            Fax:  (860) 249-7665
            E-mail: byarboro@hl-law.com

## **CERTIFICATION**

       This is to certify that on **October 12, 2012** a copy of the foregoing **Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Amanda Winalski, Esq.
Anderson, Kill & Olick, P.C.
1055 Washington Blvd., Suite 510
Stamford, CT  06901

Dennis J. Artese, Esq
Finley T. Harckham, Esq.
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10022

                                                /s/Bonita C. Yarboro
                                               Bonita C. Yarboro