UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OFFICE FURNITURE RENTAL ALLIANCE, LLC | : : : | NO.: 3:11-CV-01889 (JBA) |
| v. | : : | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | : : | NOVEMBER 28, 2012 |

## NUNC PRO TUNC MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7 and Fed. R. Civ. P. 16, the defendant, Liberty Mutual Fire Insurance Company, hereby moves the Court for a two week modification of the Scheduling Order up to and including January 28, 2013 as follows: Discovery is currently set to close on January 14, 2013.  Defendants request an extension of time, up to and including December 28, 2012, for the service of defendant's expert's reports and up to and including January 28, 2013 for the depositions of defense experts.  This is the defendant's second request for an extension of time of these deadlines.

In support of this motion, undersigned counsel states that good cause exists. Additional time is needed to complete the discovery as the unexpected departure of two of the undersigned associates has prevented her from timely completing discovery.  Additionally, on October 12, 2012, the defendant's noticed the 30(b)(6) deposition of plaintiff for which the plaintiff requested to postpone.  Further, the

defendant's defense expert is in need of the documentation as set forth in Defendant's October 12, 2012 Request for Production of Documents which plaintiff has not yet produced. Plaintiff has represented said documents will be produced on November 30, 2012.

Plaintiff's expert, Michael A. Rodman, was deposed on November 3, 2012 and the defendant is still awaiting the transcript.

Moreover, there is a remaining issue with respect to the defendant's motion to dismiss [doc.# 21] which has been briefed but not yet ruled upon.

Counsel for the plaintiff, Denise Artese, does not consent to this motion.

For the above reasons, the defendant respectfully requests a two week modification of the Scheduling Order up to and including January 28, 2013 for the completion of discovery, including up to December 28, 2012, for the service of defendant's expert's reports and up to and including January 28, 2013 for the depositions of defense experts.

As an officer of the Court, the undersigned counsel agrees to cooperate with plaintiff's counsel and the Court to promote the just, speedy and inexpensive determination of this action.

WHEREFORE, the defendant, Liberty Mutual Fire Insurance Company respectfully requests that its Nunc Pro Tunc Motion to Modify the Scheduling Order be granted.

DEFENDANT,
LIBERTY MUTUAL FIRE INSURANCE COMPANY


By /s/ Martha A. Shaw
    Martha A. Shaw
    ct12855
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114-11921
    Ph:   (860) 249-1361
    Fax:  (860) 249-7665
    E-mail: mshaw@hl-law.com

## **CERTIFICATION**

       This is to certify that on **November 28, 2012**, a copy of the foregoing **Nunc Pro Tunc Motion for Extension of Time** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dennis Artese, Esq.
Anderson, Kill & Olick, P.C.
1055 Washington Blvd., Suite 510
Stamford, CT  06901

Finley T. Harckham, Esq.
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10022

                                                              ___/s/ Martha A. Shaw____
                                                                  Martha A. Shaw

.