UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OFFICE FURNITURE RENTAL ALLIANCE, LLC | : : : | NO.: 3:11-CV-01889 (JBA) |
| v. | : : | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | : : | NOVEMBER 29, 2012 |

### DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO NUNC PRO TUNC MOTION FOR EXTENSION OF TIME

The defendant, Liberty Mutual Fire Insurance Company, respectfully submits this reply in further support of its pending nunc pro tunc motion for extension of time.

Plaintiff has not identified any prejudice it will suffer if the defendant's motion is granted. Defendant's counsel has set forth a justifiable excuse for her failure to timely disclose defense experts as set forth in defendant's motion for extension of time.

Defense counsel has cooperated with plaintiff's counsel throughout the course of the litigation and has previously agreed to two requests for extension of time by plaintiff. See **Ex. A**. Additionally, plaintiff failed to provide his expert report at the time of his expert disclosure. See **Ex. B**. The defendant is not attempting to disadvantage the plaintiff by its untimely expert disclosure.

Wherefore, defendant, Liberty Mutual Fire Insurance Company, respectfully requests that the Court grant its motion for extension of time in the absence of prejudice to the plaintiff.

        DEFENDANT,
        LIBERTY MUTUAL FIRE INSURANCE COMPANY

By /s/ Martha A. Shaw
    Martha A. Shaw
    ct12855
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114-11921
    Ph:  (860) 249-1361
    Fax:  (860) 249-7665
    E-mail: mshaw@hl-law.com

## **CERTIFICATION**

      This is to certify that on **November 29, 2012**, a copy of the foregoing **Reply to Plaintiff's Opposition to Defendant's Nunc Pro Tunc Motion for Extension of Time** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Dennis Artese, Esq.
Anderson, Kill & Olick, P.C.
1055 Washington Blvd., Suite 510
Stamford, CT  06901

Finley T. Harckham, Esq.
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10022

                                                                ___/s/ Martha A. Shaw___
                                                                   Martha A. Shaw

.

# Exhibit A

## Bonita C. Yarboro

| | |
|---|---|
| **From:** | Bonita C. Yarboro |
| **Sent:** | Tuesday, November 13, 2012 3:36 PM |
| **To:** | 'Pichardo, Vianny' |
| **Cc:** | Martha A. Shaw |
| **Subject:** | RE: Office Furniture Rental Alliance v. Liberty Mutual Fire Insurance Company, Index No. 3:11-CV-01889 (JBA) (Conn. D.C.) |

Atty Pchardo

We have no problem with the one day extension regarding discovery response. I am ok with Nov. 30 as to the information requested in the subpoena. We will be disclosing our experts by the 14th.

Thank you

Bonita Yarboro
**HOWD & LUDORF, LLC**

*Serving Southern New England Since 1979*



**Connecticut Office:**

65 Wethersfield Avenue

Hartford, CT 06114-1121

(860) 249-1361

(860) 249-7665 (fax)

byarboro@hl-law.com

The information contained in this message is confidential and privileged information from the law firm of Howd & Ludorf, LLC. This information is intended for the use of the person named and is to be read only by the person to whom it is addressed. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this message in error, please notify the sender immediately.

**From:** Pichardo, Vianny [mailto:Vpichardo@andersonkill.com]
**Sent:** Monday, November 12, 2012 4:43 PM
**To:** Bonita C. Yarboro
**Cc:** Martha A. Shaw; Artese, Dennis
**Subject:** RE: Office Furniture Rental Alliance v. Liberty Mutual Fire Insurance Company, Index No. 3:11-CV-01889 (JBA) (Conn. D.C.)

Bonita,

Hope you had a nice weekend. Due to logistical issues, we will be sending out our discovery responses along with a supplemental document production tomorrow. I apologize for the late notice. We hope this is not an inconvenience. Please confirm you are ok with the extra day extension. Also, our responses are due this Wednesday, November 14, 2012 with respect to the document requests included in the Notice of Deposition directed to Office Furniture served October 12, 2012. We would like to request an extension to Friday, November 30, 2012 for our responses. Please let us know if you are amenable to this extension as well. We appreciate your cooperation.

Thanks,

1



**Vianny Pichardo**
Attorney

*Settle for Everything®*

## ANDERSON KILL & OLICK, P.C.

1251 Avenue of the Americas - New York, NY 10020
Vpichardo@andersonkill.com - www.andersonkill.com
T: 212-278-1259 - F: 212-278-1733
Biography

---

**From:** Bonita C. Yarboro [mailto:BYarboro@HL-Law.com]
**Sent:** Friday, October 26, 2012 11:28 AM
**To:** Pichardo, Vianny
**Cc:** Martha A. Shaw; Artese, Dennis
**Subject:** RE: Office Furniture Rental Alliance v. Liberty Mutual Fire Insurance Company, Index No. 3:11-CV-01889 (JBA) (Conn. D.C.)

Atty. Pichardo:

We do not have any objections to your extension request. Nov. 12, 2012 is fine.

Thank you

Bonita Yarboro, Esquire
**HOWD & LUDORF, LLC**

*Serving Southern New England Since 1979*



Connecticut Office:

65 Wethersfield Avenue

Hartford, CT 06114-1121

(860) 249-1361

(860) 249-7665 (fax)

byarboro@hl-law.com

The information contained in this message is confidential and privileged information from the law firm of Howd & Ludorf, LLC. This information is intended for the use of the person named and is to be read only by the person to whom it is addressed. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this message in error, please notify the sender immediately.

**From:** Pichardo, Vianny [mailto:Vpichardo@andersonkill.com]
**Sent:** Thursday, October 25, 2012 5:08 PM
**To:** Bonita C. Yarboro
**Cc:** Martha A. Shaw; Artese, Dennis
**Subject:** Office Furniture Rental Alliance v. Liberty Mutual Fire Insurance Company, Index No. 3:11-CV-01889 (JBA) (Conn. D.C.)

Bonita,

We would like to request an extension on Office Furniture's time to respond to Liberty Mutual's Interrogatories and Requests for Production served September 26, 2012. Office Furniture's responses are currently due Monday, October 29, 2012. Please let us know if you are amenable to a two week extension to Monday, November 12, 2012.

# Exhibit B

# ANDERSON KILL & OLICK, P.C.

Attorneys and Counsellors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Dennis J. Artese, Esq.
Dartese@andersonkill.com
212-278-1246

By Email and FedEx

September 5, 2012

Jeffrey E. Potter, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1121

Re: Office Furniture Rental Alliance, LLC v. Liberty Mutual Fire Ins. Co.
Client Matter No: 102186.AFR02

Dear Mr. Potter:

I discovered today that Mr. Rodman's expert report was inadvertently missing from plaintiff's expert disclosures sent to you last Thursday, August 30, 2012. A copy of Mr. Rodman's expert report with attached curriculum vitae is enclosed, together with amended and new certificates of service. I apologize for any inconvenience.

Please let me know if you require any additional time for defendant's expert disclosures as a result of this inadvertent delay.

Very truly yours,

Dennis J. Artese

DJA
Enclosures

cc: Dale M. Brown

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Stamford, CT ■ Ventura, CA ■ Washington, DC

nydocs1-994491.1