UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OFFICE FURNITURE RENTAL ALLIANCE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Defendant. | 3:11-cv-01889-JBA<br><br><br><br>December 3, 2012 |

### Plaintiff's Status Report

Pursuant to the Scheduling Order in the above-captioned case, plaintiff Office Furniture Rental Alliance, LLC ("OFRA" or "Plaintiff") respectfully submits this Status Report in advance of the December 10, 2012 telephonic status conference with the Court.

In terms of discovery, OFRA has served its initial disclosures, but Liberty has not. To date, the majority of written discovery has been completed. OFRA has produced 5,062 pages of documents and has responded fully to 23 interrogatories served by defendant Liberty Mutual Fire Insurance Company ("Liberty" or "Defendant"). Liberty has produced 4,317 pages of documents, including certain documents from the files of its forensic accounting consultant, Matson Driscoll & Damico. At this time, OFRA cannot verify that Liberty's production is complete. Therefore, OFRA must reserve its rights to seek additional documents from Liberty. OFRA also intends to serve limited interrogatories on Liberty this week.

On August 30, 2012, OFRA timely served its expert designation of Michael Rodman, CPCU, and provided a number of dates on which he was available for his

deposition, but the undersigned inadvertently neglected to include a copy of Mr. Rodman's report in that mailing. The error was discovered and rectified by the undersigned on September 5, 2012. Mr. Rodman was deposed on November 13, 2012.

Liberty's expert reports were due to be served on November 14, 2012. Dkt. No. 28. To date, Liberty still has not designated any experts. On November 28, 2012, two weeks <u>after</u> Liberty's deadline to serve its expert reports expired, Liberty moved this Court, *nunc pro tunc*, to extend its time to serve experts reports (by a month and half) and to extend the discovery end date by two weeks. Dkt. No. 32. OFRA did not object to Liberty's requested two-week extension of discovery, but did object to its belated request to extend its time to serve its expert reports. Dkt. No. 33. As of this writing, that motion remains pending.

Also currently pending before the Court is Liberty's motion to dismiss. Dkt. Nos. 21, 24.

The parties are in the process of scheduling remaining depositions. To date, Liberty has requested to depose two of OFRA's witnesses, which will likely be scheduled for December 20, 2012 and December 21, 2012. OFRA currently intends to depose up to four of Liberty's witnesses. OFRA believes that these depositions can be completed by January 28, 2013, which is the discovery end date Liberty has requested in its *nunc pro tunc* motion for extension of time. Should the Court grant Liberty's request to serve its untimely expert reports on December 28, 2012, however, a January 28, 2013 discovery end date likely would <u>not</u> provide for enough time to complete the necessary remaining expert and fact depositions, particularly since Liberty's motion contemplates the filing of multiple expert reports.

2

We look forward to addressing these issues with the Court at the December 10, 2012 status conference of this matter.

By:     s/ *Dennis J. Artese*  
Finley T. Harckham (CT 26403)  
Dennis J. Artese  
ANDERSON KILL & OLICK, P.C.  
1251 Avenue of the Americas  
New York, NY 10020  
Telephone: 212-278-1000  
Facsimile: 212-278-1733  

*Attorneys for Plaintiff*  
Office Furniture Rental Alliance, LLC

nydocs1-1000018.1

## CERTIFICATION

      This is to certify that on the above date, a copy of the foregoing Plaintiff's Status Report was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                *s/ Dennis J. Artese*
                                                 Dennis J. Artese