UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OFFICE FURNITURE RENTAL ALLIANCE, LLC | : : : | NO.:  3:11-CV-01889 (JBA) |
| v. | : : | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | : : | DECEMBER 4, 2012 |

## STATUS REPORT AND REQUEST FOR PRE-FILING CONFERENCE

***1.   STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER***

The defendant served interrogatories and requests for production upon the plaintiff on September 26, 2102 and the plaintiff's objections were received on November 14, 2012; a CD bearing Bates stamped documents 1636-3695 was produced.

The defendant served a request for production of documents on October 12, 2012 and the plaintiff's objections were received on November 30, 2012; a CD bearing Bates stamped documents 3751-5062 was produced on December 4, 2012.

The defendant's counsel has scheduled a conference call with plaintiff's counsel for December 5, 2012 at which time the undersigned counsel will attempt in good faith to obtain the discovery without court action.  If the parties are unable to resolve the objections, the defendant will likely need to modify the scheduling order.

On October 24, 2012, the defendant supplemented its responses to the plaintiff's requests for production and disclosed an additional 2307 pages of documents consisting of the claims and underwriting files.

The defendant's June 4, 2012 motion to dismiss [doc. #21] and November 28, 2012 nunc pro tunc motion for extension of time [doc. 32] remain pending.

The deposition of Bob Orenstein, VP and CFO of the plaintiff, is set for December 20, 2102 and the plaintiff's 30(b)(6) designee is set for December 21, 2012.

The defendant intends to file a motion for summary judgment.

**2.    INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTATE JUDGE OR TO THE DISTRICT'S SPECIAL MASTERS PROGRAM**

The defendant believes it is premature for a referral to a magistrate judge.

**3.    *WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE***

The defendant will not consent.

**4.    *ESTIMATED LENGTH OF TRIAL***

Three to five days.

```
                                    DEFENDANT,
                                    LIBERTY MUTUAL FIRE INSURANCE
                                    COMPANY


                                    By  /s/ Martha A. Shaw
                                        Martha A. Shaw
                                        ct12855
                                        Howd & Ludorf, LLC
                                        65 Wethersfield Avenue
                                        Hartford, CT  06114
                                        (860) 249-1361
                                        (860) 249-7665 (Fax)
                                        E-Mail: mshaw@hl-law.com
```

**CERTIFICATION**

      This is to certify that on **December 4, 2012**, a copy of the foregoing **STATUS REPORT AND REQUEST FOR PRE-FILING CONFERENCE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dennis Artese, Esq.
Anderson, Kill & Olick, P.C.
1055 Washington Blvd., Suite 510
Stamford, CT  06901

Finley T. Harckham, Esq.
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10022

                                                                                 */s/ Martha A. Shaw*
                                                                                Martha A. Shaw