UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Office Furniture Rental Alliance,<br>     *Plaintiff*,<br><br>     v.<br><br>Liberty Mutual Fire Ins. Co.<br>     *Defendant*. | Civil No. 3:11cv1889 (JBA) |

ORDER OF REFERRAL

The parties are referred to Magistrate Judge Margolis for discovery purposes.

IT IS SO ORDERED.


/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: December 12, 2012