UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Office Furniture Rental Alliance,<br>　　*Plaintiff*,<br><br>　　v.<br><br>Liberty Mutual Fire Ins. Co.<br>　　*Defendant*. | Civil No. 3:11cv1889 (JBA) |

AMENDED SCHEDULING ORDER

　　Pursuant to the colloquy with counsel on the record 12/12/12, the following amended schedule is ordered:

　　1.　　Amended Complaint will be filed by 12/31/12.

　　2.　　Motion to Dismiss will be filed by 1/15/13; opposition will be filed by 2/6/13; any reply will be filed by 2/21/13. Oral argument will be held 4/10/13 at 3:00 p.m., Courtroom Two.

　　3.　　All discovery will be completed 3/15/13, as follows:

　　　　　Defendant's expert 's reports will be served by 12/31/12 and depositions will be completed by 2/28/13.

　　4.　　A telephonic pre-filing conference will be held on 3/5/13 at noon. Defense counsel shall initiate the conference call to chambers: 203-773-2456.

　　5.　　The parties are referred to Magistrate Judge Margolis for discovery purposes.

　　　　　　　　　　　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: December 12, 2012