UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OFFICE FURNITURE RENTAL ALLIANCE, LLC, | 3:11-cv-01889-JBA |
| Plaintiff, | |
| vs. | April 4, 2013 |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | |
| Defendant. | |

### Joint Motion for an Extension of Time

Pursuant to D. Conn. L. Civ. R. 7, the parties to the above-captioned action, plaintiff Office Furniture Rental Alliance, LLC ("OFRA") and defendant Liberty Mutual Fire Insurance Company ("Liberty"), hereby request that the currently scheduled discovery end date be extended from April 19, 2013 to May 17, 2013.  This is the third request for an extension of time of this deadline.

On or about March 8, 2013, the parties exchanged responses to then-pending written discovery requests, and subsequently scheduled eight depositions for the weeks of April 8, 2013 and April 15, 2013.  On April 2, 2013, however, counsel for OFRA received a supplemental document production by Liberty totaling 1,517 pages.  Counsel for OFRA requires additional time to review this production prior to the commencement of depositions.

Additionally, OFRA and Liberty have agreed to OFRA's designation of a rebuttal expert witness on a discrete issue in the case concerning damages.  Liberty, however, requires production of the expert's report prior to depositions commencing, and OFRA needs additional time to produce that report.

nydocs1-1007592.1

Finally, or about April 1, 2013, Liberty served a non-party subpoena for documents and deposition testimony.

WHEREFORE, the parties respectfully request that the currently scheduled discovery end date in this case be extended from April 19, 2013 to May 17, 2013.

By:     s/ *Dennis J. Artese*_____
Finley T. Harckham (CT 26403)
Dennis J. Artese
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212-278-1000
Facsimile:  212-278-1733

*Attorneys for: Plaintiff*
Office Furniture Rental Alliance, LLC

By__/s/ Martha A. Shaw_____
Martha A. Shaw
ct12855
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail:  mshaw@hl-law.com

*Attorneys for: Defendant*
Liberty Mutual Fire Insurance Company

2

nydocs1-1007592.1

## **CERTIFICATION**

      This is to certify that on the above date, a copy of the foregoing Joint Motion for an Extension of Time was filed electronically and served by mail to anyone unable to accept electronic filing.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


*s/ Dennis J. Artese*_____
    Dennis J. Artese