UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OFFICE FURNITURE RENTAL ALLIANCE, LLC | : | NO.:  3:11-CV-01889 (JBA) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | : | |
| | : | MAY 30, 2013 |

## REQUEST FOR PRE-FILING CONFERENCE

Defendant Liberty Mutual Fire Insurance Company respectfully requests a pre-

filing conference with respect to defendant's motion for summary judgment.


DEFENDANT,
LIBERTY MUTUAL FIRE INSURANCE
COMPANY


By   /s/ Martha A. Shaw
    Martha A. Shaw
    ct12855
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114
    (860) 249-1361
    (860) 249-7665 (Fax)
    E-Mail:  mshaw@hl-law.com

## CERTIFICATION

This is to certify that on **May 30, 2013**, a copy of the foregoing **REQUEST FOR PRE-FILING CONFERENCE** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


Dennis Artese, Esq.
Anderson, Kill & Olick, P.C.
1055 Washington Blvd., Suite 510
Stamford, CT  06901

Finley T. Harckham, Esq.
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10022


 */s/  Martha A. Shaw*
Martha A. Shaw