UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OFFICE FURNITURE RENTAL ALLIANCE, LLC | : : : | NO.:  3:11-CV-01889 (JBA) |
| v. | : : | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | : : | JUNE 14, 2013 |

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7, the defendant, Liberty Mutual Fire Insurance Company, hereby requests that the deadlines set forth for dispositive motions in the June 11, 2013, order by the Court be extended as follows:

Defendant's Motion for Summary Judgment will be filed by **June 21, 2013**;

Plaintiff's Opposition will be filed by **July 22, 2013**;

Any reply will be filed by **August 1, 2013**.

This is the first request for an extension of time of these deadlines.

In support of this motion, the undersigned submits that the his assistant has taken a leave of several days due to the birth of her twin grandchildren this morning. The undersigned's assistant is relatively new to the firm and the undersigned was unaware of her potential absence until this morning. The undersigned's office is currently understaffed by three paralegals due to recent departures, which would render it extremely difficult to prepare the motion for filing by the current deadline.

For the foregoing reasons, the defendant respectfully requests the deadlines be modified as set forth above.

As officers of the Court, the undersigned counsel agrees to cooperate and to promote the just, speedy and inexpensive determination of the action.

The undersigned has contacted Dennis J. Artese, counsel for plaintiff, and has been advised that Plaintiff consents to this granting of this motion.

WHEREFORE, the defendant requests its motion be granted.

>DEFENDANT,
>LIBERTY MUTUAL FIRE INSURANCE
>COMPANY
>
>By /s/ Jeffrey E. Potter
>   Jeffrey E. Potter
>   ct26356
>   Howd & Ludorf, LLC
>   65 Wethersfield Avenue
>   Hartford, CT  06114-11921
>   Ph:  (860) 249-1361
>   Fax:  (860) 249-7665
>   E-mail: jpotter@hl-law.com

## **CERTIFICATION**

This is to certify that on **June 14, 2013**, a copy of the foregoing **Motion for Extension of Time** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Amanda Winalski, Esq.
Anderson, Kill & Olick, P.C.
1055 Washington Blvd., Suite 510
Stamford, CT  06901
awinalski@andersonkill.com

Dennis Artese, Esq.
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10022
dartese@andersonkill.com

By /s/ Jeffrey E. Potter
Jeffrey E. Potter

.