UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OFFICE FURNITURE RENTAL ALLIANCE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Defendant. | 3:11-cv-01889-JBA<br><br><br><br>November 8, 2013 |

### JOINT MOTION TO CONTINUE TRIAL AND RELATED DEADLINES

Pursuant to D. Conn. L. Civ. R. 7, the parties to the above-captioned action, plaintiff Office Furniture Rental Alliance, LLC ("OFRA") and defendant Liberty Mutual Fire Insurance Company ("Liberty"), hereby request that the currently scheduled (1) deadline for submission of the parties' Joint Trial Memorandum (November 22, 2013), (2) pre-trial conference (November 27, 2013), and (3) trial dates (December 30, 2013 – January 3, 2013), in the above-captioned case be continued.

At the October 25, 2013 oral argument on Liberty's motion for summary judgment, Your Honor requested that counsel inquire with the trial witnesses concerning their availability for trial during the week of December 30, 2013.  A material witness (and corporate representative) for OFRA will be traveling out of state that week for the holidays, as will OFRA's lead trial counsel.

Additionally, the parties wish to continue the Joint Trial Memorandum submission deadline, pretrial conference and trial dates in order to afford them time to explore settling the case without having to incur the substantial costs of trial preparation.  To this end, the parties request that the Court refer the parties to Magistrate Judge Margolis for a settlement conference.

We understand that Your Honor has another trial scheduled for the month of January 2014.  Due to Liberty's counsel's full trial schedule during February and March 2014, the first available dates the parties have for trial are the first two weeks in April 2014.

WHEREFORE, the parties respectfully request that the Court (1) continue the trial of the above-captioned matter to early April 2014, or as soon thereafter as the Court's calendar permits, (2) continue the currently scheduled Joint Trial Memorandum submission deadline and pretrial conference date commensurate with the continuance of the trial date, and (3) refer the parties to Magistrate Judge Margolis for a settlement conference.

By:     s/ *Dennis J. Artese*_____
            Finley T. Harckham (ct26403)
            Dennis J. Artese (ct28071)
            ANDERSON KILL & OLICK, P.C.
            1251 Avenue of the Americas
            New York, NY  10020
            Telephone:  212-278-1000
            Facsimile:  212-278-1733

            *Attorneys for: Plaintiff*
            Office Furniture Rental Alliance, LLC

By:     s/ *Martha A. Shaw*_____
            Martha A. Shaw
            ct12855
            Howd & Ludorf, LLC
            65 Wethersfield Avenue
            Hartford, CT  06114
            (860) 249-1361
            (860) 249-7665 (Fax)
            E-Mail:  mshaw@hl-law.com

            *Attorneys for: Defendant*
            Liberty Mutual Fire Insurance Company

## **CERTIFICATION**

      This is to certify that on the above date, a copy of the foregoing Joint Motion to Continue Trial and Related Deadlines was filed electronically and served by mail to anyone unable to accept electronic filing.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                                       *s/ Dennis J. Artese*
                                                                         Dennis J. Artese