UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Office Furniture,
    Plaintiff,

v.                                                     No. 3:11cv1889 (JBA)

Liberty Mutual,
    Defendant.

## ORDER OF REFERRAL

This matter is referred to Magistrate Judge Joan Glazer Margolis for the purpose of conducting a settlement conference.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: November 13, 2013