UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DIS

Office Furniture,
  *Plaintiff*,

v.                                              Civil No. 3:11cv1889 (JBA)

Liberty Mutual,
  *Defendant*.

### ORDER OF DISMISSAL ON REPORT OF SETTLEMENT

Counsel reported that no further action in this matter is required. This case will now be dismissed without prejudice.

If either party wishes to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may move to re-open the case by February 13, 2014.

This date may be extended by motion filed under D. Conn. L. Civ. R. 7(b)(2) (requiring good cause).

The Court appreciates the efforts of counsel and Magistrate Judge Margolis in resolving this matter.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 14th day of January 2014.